**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**04-570**

**STATE OF LOUISIANA**

**VERSUS**

**RONALD M. FONTENOT**

\*\*\*\*\*\*\*\*\*\*

**APPEAL FROM THE**
**THIRTEENTH JUDICIAL DISTRICT COURT**
**PARISH OF EVANGELINE, NO. 66,514-FA**
**HONORABLE JOHN LARRY VIDRINE, DISTRICT JUDGE**

\*\*\*\*\*\*\*\*\*\*

**ULYSSES GENE THIBODEAUX**
**CHIEF JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, C.J., Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

                    **AFFIRMED; MOTION TO**
                    **WITHDRAW GRANTED.**

**Christopher Brent Coreil**
**District Attorney, 13th Judicial District Court**
**P. O. Drawer 780**
**Ville Platte, LA 70586**
**Telephone: (337) 363-3438**
**COUNSEL FOR:**
        **Plaintiff/Appellee - State of Louisiana**

**Raymond J. LeJeune**
**P. O. Drawer 780**
**Ville Platte, LA 70586**
**Telephone:  (337) 363-3438**
**COUNSEL FOR:**
**Plaintiff/Appellee - State of Louisiana**

**G. Paul Marx**
**P. O. Box 82389**
**Lafayette, LA 70598-2389**
**Telephone:  (337) 237-2537**
**COUNSEL FOR:**
**Defendant/Appellant - Ronald M. Fontenot**

**Ronald M. Fontenot**
**Evangeline Parish Jail**
**200 Court Street**
**Ville Platte, LA 70586-4463**